IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| BLUERADIOS, INC., ) <br> a Colorado corporation, ) <br> ) <br>     Plaintiff, ) <br> ) <br> v. ) <br> ) <br> HAMILTON, BROOK, SMITH, & ) <br> REYNOLDS, P.C., a Massachusetts ) <br> professional corporation; ) <br> DAVID J. THIBODEAU, JR., an individual; ) <br> LAWRENCE P. COGSWELL III, an ) <br> individual; ) <br> GERALD KAZANJIAN, an individual; ) <br> DAVID E. BROOK, an individual; and ) <br> JOSHUA MATLOFF, an individual. ) <br> ) <br>     Defendants. ) | Civil Action No. 1:21-cv-10488-DJC |

**NOTICE OF ERRATA AND PLAINTIFF'S ASSENTED-TO MOTION FOR LEAVE TO RE-SUBMIT PLAINTIFF'S A CORRECTED RESPONSE TO DEFENDANTS' MOTION FOR SUMMARY JUDGMENT AND STATEMENT OF FACTS**

Plaintiff, BlueRadios, Inc., hereby respectfully submits its Notice of Errata and requests that this Court grant Plaintiff leave of court to resubmit Plaintiff's Response [ECF 233] and Statement of Facts [ECF 234] in response to Defendants' Motion for Summary Judgment [ECF 209] and Statement of Facts [ECF 210]. **Defendants assent to this Motion.**

As grounds for this Motion, Plaintiff states as follows:

1. In the process of finalizing of Plaintiff's Response to Defendants' Motion for Summary Judgment, and an error occurred in the automated numbering of a portion of Plaintiff's Response to Defendants Statement of Material Facts in Support of Defendants' Motion for Summary Judgment and Plaintiff's Statement of Additional Material Facts [ECF 234]. A result, of the misnumbering of the Response to the Statement of Facts, a number of the citations are also incorrect in Plaintiff's memorandum brief, Response to Defendants' Motion for Summary Judgment [ECF 233].

2. Plaintiff's counsel has conferred with Defendants' counsel regarding the misnumbering and the need to keep a clean and correct record. Defendants' counsel have assented to the correction and this motion.

3. Therefore, Plaintiff seeks leave of court to resubmit corrected versions of both ECF 233 and ECF 234, which will benefit the court, its staff and counsel in reviewing and considering Plaintiff's submissions.

4. The corrections in Plaintiff's resubmissions will solely for the purposes of (1) renumbering the misnumbered paragraphs in Plaintiff's Statement of Facts and (2) correcting citations in Plaintiff's response that were made to the numbered paragraphs in Plaintiff's Statement of Facts.

5. Plaintiff will provide Defendants with redlined versions of any changes made to the original filings.

6. For all of the foregoing reasons, Plaintiff seeks leave of court to resubmit corrected versions of ECF 233 and ECF 234.

7.      Plaintiff does not file this motion for purposes of delay or harassment, and none of the parties will be prejudiced by this assented-to motion for resubmission.

WHEREFORE, Plaintiff respectfully requests that the Court grant leave for Plaintiff to resubmit corrected versions of ECF 233 and 234.

Dated this 9th day of February, 2024.

Respectfully submitted,

*/s/ Michael T. Mihm*
Michael T. Mihm, *Pro Hac Vice*
Elizabeth J. Hyatt, *Pro Hac Vice*
James E. Fogg, *Pro Hac Vice*
1700 Lincoln Street, Suite 2700
Denver, Colorado  80203
Telephone: (303) 592-5900
Facsimile: (303) 592-5910
Michael.Mihm@OMTrial.com
Elizabeth.Hyatt@OMTrial.com
James.Fogg@OMTrial.com

*Attorneys for Plaintiff BlueRadios, Inc.*

## LOCAL RULE 7.1(A)(2) CERTIFICATIONS

On February 9, 2024, counsel for Plaintiff conferred with counsel for Defendants about this motion and counsel for Defendants indicated that Defendants would assent to the relief requested in this motion.

/s/ *Michael T. Mihm*

## CERTIFICATE OF SERVICE

      I hereby certify that, on February 9, 2024, I electronically filed the foregoing with the Clerk's Office using the Court's CM/ECF system, which will send notification of this filing (NEF) to all registered participants, and paper copies will be sent to those indicated as non-registered participants.

                                                  */s/ Michael T. Mihm*