# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| BLUERADIOS, INC., A Colorado corporation, <br><br> Plaintiff, <br><br> v. <br><br> HAMILTON, BROOK, SMITH & REYNOLDS, P.C., a Massachusetts Professional corporation; *et al.* <br><br> Defendants. | Civil Action No.:  1:21-cv-10488-DJC |

### NOTICE OF ERRATA REGARDING EXHIBIT 1 TO PLAINTIFF BLUERADIOS, INC.'S RULE 56.1 STATEMENT OF UNDISPUTED MATERIAL FACTS IN SUPPORT OF ITS MOTION FOR PARTIAL SUMMARY JUDGMENT ON THE ISSUE OF THE ATTORNEY-CLIENT RELATIONSHIP BETWEEN DEFENDANT HBSR AND BLUERADIOS

Plaintiff, BlueRadios, Inc., submits this Notice of Errata in relation to its Rule 56.1 Statement of Undisputed Material Facts in Support of Its Motion for Partial Summary Judgment on the Issue of the Attorney-Client Relationship Between Defendant HBSR and BlueRadios:

1. Plaintiff filed its Rule 56.1 Statement of Undisputed Material Facts in Support of Its Motion for Partial Summary Judgment on the Issue of the Attorney-Client Relationship Between Defendant HBSR and BlueRadios on January 17, 2024, therein citing to various exhibits, including **Exhibit 1**.

2. Due to an oversight, **Exhibit 1** was filed with a page missing[1].

---

[1] Page one of the two-page declaration was missing as originally filed.

3. Plaintiff now submits **Exhibit 1** referred to in its Rule 56.1 Statement of Undisputed Material Facts in Support of Its Motion for Partial Summary Judgment on the Issue of the Attorney-Client Relationship Between Defendant HBSR and BlueRadios.

Respectfully submitted this 12th day of February, 2024,

/s/ *Michael T Mihm*
Michael T. Mihm, Pro Hac Vice
Elizabeth J. Hyatt, Pro Hac Vice
James E. Fogg, Pro Hac Vice
OGBORN MIHM, LLP
1700 Lincoln Street, Suite 2700
Denver, Colorado  80203
Telephone: (303) 592-5900
Facsimile: (303) 592-5910
Michael.Mihm@OMTrial.com
Elizabeth.Hyatt@OMTrial.com
James.Fogg@OMTrial.com

David B. Seserman, Pro Hac Vice
SESERMAN LAW LLC
3900 E. Mexico Avenue, Suite 300
Denver, Colorado 80210
Telephone: (303) 900-2406
Facsimile: (303) 670-0990
dseserman@seserman.law

Douglas W. Salvesen (BBO# 550322)
Sanford F. Remz (BBO# 549198)
YURKO PARTNERS, P.C.
One Tech Drive, Suite 205
Andover, Massachusetts 01810
Telephone: (617) 381-4404
DSalvesen@yurkopartners.com
SRemz@yurkopartners.com

*Counsel for Plaintiff, BlueRadios Inc.*

## CERTIFICATE OF SERVICE

I hereby certify that, on February 12th, 2024, I electronically filed the foregoing with the Clerk's Office using the Court's CM/ECF system, which will send notification of this filing (NEF) to all registered participants, and paper copies will be sent to those indicated as non-registered participants.

*/s/ Michael T. Mihm*