# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| BLUERADIOS, INC.,<br>A Colorado corporation,<br><br>    Plaintiff,<br><br>v.<br><br>HAMILTON, BROOK, SMITH & REYNOLDS, P.C., a Massachusetts Professional corporation; DAVID J. THIBODEAU, JR., an individual; LAWRENCE P. COGSWELL III, an Individual; GERALD KAZANJIAN, an individual; STEPHEN D. BROOK, as Personal Representative of the ESTATE OF DAVID E. BROOK, an individual; JOSHUA MATLOFF, an individual; and NELSON SCOTT PIERCE, an individual.<br><br>    Defendants. | Civil Action No.:  1:21-cv-10488-DJC |

## NOTICE OF APPEAL

Pursuant to 28 U.S.C. § 1291, notice is hereby given that Plaintiff, BlueRadios, Inc., appeals to the U.S. Court of Appeals for the First Circuit from all aspects of the Memorandum and Order of the Honorable Denise Casper, entered on September 18, 2024 (ECF Dkt. No. 268), and the Judgment (ECF Dkt. No. 269), which granted Defendants' Motion for Summary Judgment (Dkt. No. 209], denied Plaintiff's motion for partial summary judgment on the issue of an attorney-client relationship (ECF Dkt. No. 208) and denied Plaintiff's Motion Partial Motion for Summary Judgment on the

1

issue of contract termination (ECF Dkt. No. 204), and all underlying related orders, rulings, and findings.

DATED this 15th day of October, 2024.

Respectfully submitted,

*/s/ Michael T. Mihm*
Michael T. Mihm, Pro Hac Vice
Elizabeth J. Hyatt, Pro Hac Vice
OGBORN MIHM, LLP
1700 Lincoln Street, Suite 2700
Denver, Colorado 80203
Telephone: (303) 592-5900
Facsimile: (303) 592-5910
Michael.Mihm@OMTrial.com
Elizabeth.Hyatt@OMTrial.com

David B. Seserman
SESERMAN LAW LLC
3900 E. Mexico Avenue, Suite 300
Denver, Colorado 80210
Telephone: (303) 900-2406
Facsimile: (303) 670-0990
dseserman@seserman.law

Douglas W. Salvesen (BBO# 550322)
YURKO PARTNERS, P.C.
One Tech Drive, Suite 205
Andover, Massachusetts 01810
Telephone: (617) 381-4404
DSalvesen@yurkopartners.com

*Counsel for Plaintiff, BlueRadios Inc.*

## CERTIFICATE OF SERVICE

      I hereby certify that, on October 15, 2024, I electronically filed the foregoing with the Clerks' Office using the Court's CM/ECF system, which will send notification of this filing (NEF) to all registered participants, and paper copies will be sent to those indicated as non-registered participants.

                                                */s/Michael T. Mihm*