UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

# CLERK'S CERTIFICATE AND APPEALS COVER SHEET

## ABBREVIATED ELECTRONIC RECORD

Case Caption: BlueRadios, Inc. v. Hamilton, Brook, Smith & Reynolds, P.C. et al

District Court Number: 21cv10488-DJC

Fee: Paid? Yes **X** No ____ Government filer ____ *In Forma Pauperis* Yes ____ No ____

Motions Pending  Yes ____ No **X**
If yes, document # ____

Sealed documents  Yes **X** No ____
If yes, document # 158,159,205,210,211,213,214

*Ex parte* documents  Yes ____ No **X**
If yes, document # ____

Transcripts  Yes **X** No ____
If yes, document # 134,165,210,220,259

Notice of Appeal filed by: Plaintiff/Petitioner **X**   Defendant/Respondent ____   Other: ____

Appeal from:

#268 Memorandum and Order, #269 Judgment

Other information:

(Additional Sealed: 226,227,228,229,230,231,234,237,245,246,247,248,250)

I, Robert M. Farrell, Clerk of the United States District Court for the District of Massachusetts, do hereby certify that the annexed electronic documents:

#268, #269, and #270

with the electronic docket sheet, constitute the abbreviated record on appeal in the above entitled case for the Notice of Appeal # 270 filed on October 15, 2024.

In testimony whereof, I hereunto set my hand and affix the seal of this Court on October 16, 2024.

**ROBERT M. FARRELL**
Clerk of Court

/s/Matthew A. Paine
Deputy Clerk

COURT OF APPEALS DOCKET NUMBER ASSIGNED: _____

**PLEASE RETURN TO THE USDC CLERK'S OFFICE**